**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: JOHN LOMELI § | | Case No. 08-72619 |
| MICHELLE LOMELI § | | |
| § | | |
| Debtors § | | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/14/2008.

2) The plan was confirmed on 11/14/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/10/2009, 08/05/2009, 01/05/2010.

5) The case was dismissed on 02/19/2010.

6) Number of months from filing or conversion to last payment: 15.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,500.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 11,756.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 11,756.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,170.74 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 809.81 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,980.55 |
| Attorney fees paid and disclosed by debtor: | $ 1,000.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 0.00 | 4,170.74 | 4,170.74 | 3,170.74 | 0.00 |
| HOME LOAN SERVICES INC | Sec | 20,000.00 | 26,481.36 | 1,412.81 | 1,412.81 | 0.00 |
| HEIGHTS FINANCE | Sec | 1,500.00 | 2,119.58 | 1,500.00 | 1,500.00 | 86.01 |
| HEIGHTS FINANCE | Uns | 500.00 | 0.00 | 619.58 | 88.07 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 0.00 | 1,167.84 | 0.00 | 0.00 | 0.00 |
| MICHELLE LOMELI | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 650.00 | 2,780.67 | 2,780.67 | 395.23 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 600.00 | 1,736.62 | 1,736.62 | 246.84 | 0.00 |
| ACE AMERICA'S CASH EXPR | Uns | 515.00 | 514.65 | 514.65 | 73.15 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 1,900.00 | 1,886.90 | 1,886.90 | 268.19 | 0.00 |
| ADVANCE AMERICA | Uns | 2,025.00 | 3,321.00 | 3,321.00 | 472.03 | 0.00 |
| ADVANCE AMERICA | Uns | 1,300.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,300.00 | 500.96 | 500.96 | 71.20 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,675.00 | 489.12 | 489.12 | 69.52 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,400.00 | 564.40 | 564.40 | 80.23 | 0.00 |
| ALPINE BANK | Uns | 830.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Uns | 15,400.00 | 7,685.70 | 7,685.70 | 1,092.40 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AT&T | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| B.I.G. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BELVIDERE BANK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BIG LOTS | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 900.00 | 1,157.82 | 1,157.82 | 164.57 | 0.00 |
| CARLSON ORTHOPEDIC CLINIC | Uns | 20.00 | 19.50 | 19.50 | 2.77 | 0.00 |
| CASH LOAN STORE | Uns | 500.00 | 573.93 | 573.93 | 81.57 | 0.00 |
| CASH LOAN STORE | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| CASH TRANSFER CENTERS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CENTURION FUNDING | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 1,400.00 | 1,483.24 | 1,483.24 | 210.82 | 0.00 |
| CITY OF ROCKFORD - WATER | Uns | 385.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 2,200.00 | 2,145.29 | 2,145.29 | 304.92 | 0.00 |
| COSMETIQUE | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| COSMETIQUE | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 550.00 | 643.18 | 643.18 | 91.42 | 0.00 |
| CVS | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| DENNIS FILBAUGH | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DS WATERS OF NORTH AMERICA | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT DIRECT MARKETING | Uns | 200.00 | 217.60 | 217.60 | 30.93 | 0.00 |
| FIRST BANK OF DELAWARE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 500.00 | 511.94 | 511.94 | 72.76 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 530.00 | 533.90 | 533.90 | 75.88 | 0.00 |
| FOREST HILLS MOBILE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| GERAL B. SHELTON JR. | Uns | 1,140.00 | NA | NA | 0.00 | 0.00 |
| GORDMANN | Uns | 335.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 2,400.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 525.00 | 527.41 | 527.41 | 74.96 | 0.00 |
| IMPACT CASH | Uns | 390.00 | 535.00 | 535.00 | 76.05 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON HIGH SCHOOL | Uns | 14.00 | NA | NA | 0.00 | 0.00 |
| JOHNSON OIL COMPANY | Uns | 45.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| KROGER | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| LIFE TOUCH | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| MARK RICHTER | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 1,290.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL BANK & TRUST | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,500.00 | 934.18 | 934.18 | 132.78 | 0.00 |
| NICOR SERVICE | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| OSF | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| PAPA JOHNS | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 90.00 | 91.95 | 91.95 | 13.07 | 0.00 |
| PREMIER BANKCARD | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PURPOSE LOAN / FIRST BANK OF | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 107.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 2,800.00 | 2,821.96 | 2,821.96 | 401.10 | 0.00 |
| ROCKFORD FAMILY PRACTICE | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| RONALD SCHOENLE | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| SEARS / KMART | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 900.00 | 538.92 | 538.92 | 76.60 | 0.00 |
| T-MOBILE | Uns | 400.00 | 191.26 | 191.26 | 27.18 | 0.00 |
| US CELLULAR | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| WOODMANS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| PREMIER FURNITURE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 579.63 | 579.63 | 82.39 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,412.81 | $ 1,412.81 | $ 0.00 |
| Debt Secured by Vehicle | $ 1,500.00 | $ 1,500.00 | $ 86.01 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,912.81 | $ 2,912.81 | $ 86.01 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 33,606.31 | $ 4,776.63 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,980.55 |
| Disbursements to Creditors | $ 7,775.45 |
| **TOTAL DISBURSEMENTS:** | $ 11,756.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  06/23/2010　　　　　　　By:  /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)